AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | |
|---|---|
| Shawn Perry <br><br> *Plaintiff(s)* <br> v. <br><br> First Contact, LLC, iEnergizer, Inc., Convergent <br> Outsourcing, Inc., and Expert Global Solutions, Inc. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:17-CV-0668 (MAD/DJS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  First Contact, LLC
CT Corporation Systems, Inc.
1010 Dale Street North
St. Paul, MN 55117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date:  06/20/2017

s/ Helen M. Reese

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:17-CV-0668 (MAD/DJS)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   First Contact, LLC, c/o CT Corporation System, Inc.

was received by me on *(date)*   June 22, 2017   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Mallory Kelly, Customer Service Coordinator for CT Corp.   , who is

designated by law to accept service of process on behalf of *(name of organization)*   First Contact, LLC, c/o

its registered agent:  CT Corporation System, Inc.   on *(date)*   June 23, 2017   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   6/27/17

_____
*Server's signature*

Timothy L. Wolter, Process Server
*Printed name and title*

***Preferred* Legal Services, Inc.**
**4750 Hwy 61 N.**
**St. Paul, MN  55110**
*Server's address*


Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
                       ) ss
COUNTY OF RAMSEY   )                  Court File No. 1:17-CV-0668 MAD/DJS

Timothy L. Wolter, being duly sworn, on oath says: that on the 23rd day of June, 2017 at 11:48 AM he served the attached Notice with Contents including General Order #25 (Filing Order), Case Management Plan, Case Assignment/Motion Schedules and Filing Locations, Consent Form to Proceed before U.S. Magistrate Judge, Individual Rules and Practices of Hon. Mae A. D'Agostino; Summons in a Civil Action; Plaintiff's Complaint; Civil Cover Sheet upon First Contact, LLC, c/o CT Corporation System, Inc., therein named, personally at 1010 North Dale Street, St. Paul, County of Ramsey, State of Minnesota, by handing to and leaving with Mallory Kelly, Customer Service Coordinator, agent authorized to accept service, a true and correct copy thereof.

_____

Subscribed and sworn to before me
this 27th day of June, 2017.

_____
Notary Public

CARRIELYNN M. VEITCH
Notary Public-Minnesota
My Commission Expires Jan 31, 2020