AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| Shawn Perry | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:17-CV-0668 (MAD/DJS) |
| First Contact, LLC, iEnergizer, Inc., Convergent Outsourcing, Inc., and Expert Global Solutions, Inc. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  iEnergizer, Inc.
Lexis Nexus Document Solutions, Inc.
800 State Street
Albany, NY 12202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Lawrence K. Baerman*
Clerk of Court

Date: 06/20/2017

s/ Helen M. Reese
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| Case:<br>1:17-cv-00668-MAD-DJS | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job:<br>1499217 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SHAWN PERRY | | Defendant / Respondent:<br>First Contact, LLC, iEnergizer, Inc., Convergent Outsourcing, Inc. and Expert Global Solutions, Inc. | |
| Received by:<br>A Plus Process Service | | For:<br>Agruss Law Firm, LLC | |
| To be served upon:<br>iEnergizer, Inc. c/o Lexis Nexus Document Solutions, Inc. | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jason Vonhoutka, 80 State Street, Albany, NY 12202
**Manner of Service:** Authorized, Jun 26, 2017, 9:25 am EDT
**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET & NOTICE w/ GENERAL ORDER #25

**Additional Comments:**
1) Successful Attempt: Jun 26, 2017, 9:25 am EDT at 80 State Street, Albany, NY 12202 received by Jason Vonhoutka. Age: 37; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'1"; Hair: Brown; Glasses

Said Jason Vonhoutka stated he is a representative of Lexis Nexus Document Solutions, Inc. and is expressly authorized to accept service as Agent to Defendant.

Austin Taylor
A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me on June 28 2017.

Notary Public

Adrien LaBelle
Notary Public, State of New York
No. 01LA6186034
Qualified in Albany County
My Commission Expires April 28, 20 20