UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| SHAWN PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  1:17-cv-00668-MAD-DJS |
| ) | |
| FIRST CONTACT, LLC, IENERGIZER, ) | |
| INC., CONVERGENT OUTSOURCING, ) | |
| INC., and EXPERT GLOBAL SOLUTIONS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS AS TO EXPERT GLOBAL SOLUTIONS, INC. ONLY**

**WHEREAS** on November 6, 2017, the Court granted the parties' Motion to Stay the instant matter pending the outcome of a related case that was filed with the American Arbitration Association entitled, *Shawn Perry v. Credit One Bank, N.A.*, Case No. 1-17-0000-3708 (Doc. No. 33).

**WHEREAS** on February 2, 2018, a decision was issued in the arbitration matter, granting Credit One's motion for summary disposition.

**WHEREAS** the arbitration decision was not appealed.

**THEREFORE**, Plaintiff, SHAWN PERRY, and Defendant, EXPERT GLOBAL SOLUTIONS, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case against EXPERT GLOBAL SOLUTIONS, INC., without prejudice, both sides to bear their own fees and costs.

Respectfully submitted this 10th day of May 2018

HORMOZDI LAW FIRM, LLC                    AGRUSS LAW FIRM, LLC

By: /s/ Shireen Hormozdi                  By: /s/ James J. Parr
Shireen Hormozdi                          James J. Parr, ARDC No. 6317921
1770 Indian Trail Lilburn Road, Suite 175 4809 N. Ravenswood Avenue, Suite 419
Norcross, GA 30093                        Chicago, IL 60640
678-395-7795– office                      312-224-4695 – office
866-929-2434– facsimile                   312-253-4451 – facsimile
shireen@agrusslawfirm.com                 james@agrusslawfirm.com
shireen@norcrosslawfirm.com               Attorney for Plaintiff
Attorney for Plaintiff                    ***Admitted Pro Hac Vice***

SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC

By: /s/ Aaron R. Easley
Aaron R. Easley (Bar No. 517286)
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: 908-237-1660
aeasley@sessions.legal
Attorney for Defendant, Expert Global Solutions, Inc.

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: May 15, 2018
       Albany, NY